**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name: Control Works, Inc. and Third Party Elsa Cantu and Myla Cantu Garcia **v.** Jack Phillip Seeman

Appellate case number: 01-17-00212-CV

Trial court case number: 2010-10404

Trial court: 269th District Court of Harris County

Date motion filed: 7/11/2018

Party filing motion: Appellee

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Sherry Radack
☐ Acting individually   ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Massengale and Brown

Date: September 20, 2018